# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA
# (HARRISBURG)

| | |
|---|---|
| IN RE:<br>    REGALO HUBERTINHO WILLOUGHBY<br>                      DEBTOR<br><br>M&T BANK<br>              MOVANT<br>V.<br><br>REGALO HUBERTINHO WILLOUGHBY<br>              DEBTOR<br><br>JACQUELINE Y. WILLOUGHBY<br>           (NON-FILING CO-DEBTOR)<br><br>CHARLES J. DEHART, III, TRUSTEE<br>              RESPONDENT | CHAPTER 13<br><br>CASE NUMBER: 19-bk-00569-HWV<br><br>JUDGE: HENRY W. VAN ECK |

## ORDER

    AND NOW, upon the motion of M&T Bank (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  770 FAHS STREET, YORK, PA 17404.

    It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

Dated:  April 15, 2019                    By the Court,

                                                      _____
                                                      Henry W. Van Eck, Bankruptcy Judge (JG)